UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Eugene McCain,

    Plaintiff,

v

St. Clair County, Lt. Peter Biondo, Captain Bliss, Dep. D. Fleming, Dep. Kacafirek, Dep. Kaminsky, Sgt. Labeau, Dep. Lembas, Dep. Methany, Sgt. Olejnik, Dep. B. Rogers, Dep. Schmidt, Dep. S. Walker, Sgt. Witkowski, Dep. M. Zuehlke, Amanda Bishop, LPN, Kim King, RN, Brandi Schieman, LPN, Reid Stromberg, MD and Officer Chad Smith, Jointly and Severally,

    Defendants.

Case No. 2:16-cv-10112

Hon. Robert H. Cleland

_____

Todd J. Weglarz (P48035)
Geoffrey N. Fieger (P30441)
Attorneys for Plaintiff
Fieger, Fieger, Kenney & Harrington, PC
19390 W. Ten Mile Road
Southfield, MI 48075
(248) 355-5555
tweglarz@fiegerlaw.com

Todd J. Shoudy (P41895)
Attorney for St. Clair County, Lt. Peter Biondo, Captain Bliss, Dep. D. Fleming, Dep. Kacafirek, Dep. Kaminsky, Sgt. Labeau, Dep. Lembas, Dep. Methany, Sgt. Olejnik, Dep. B. Rogers, Dep. Schmidt, Dep. S. Walker, Sgt. Witkowski, Dep. M. Zuehlke
Fletcher Fealko Shoudy & Francis, P.C.
1411 Third Street, 4th Floor, Suite F
Port Huron, MI 48060
(810) 987-8444
tshoudy@fletcherfealko.com

Donald K. Warwick (P44619)
Attorney for Amanda Bishop, LPN, Kimberly King, LPN and Brandi Schieman, LPN
Giarmarco, Mullins & Horton, PC
Tenth Floor, Columbia Center
101 W. Big Beaver Road
Troy, MI 48084
(248) 457-7072
dwarwick@gmhlaw.com

Karen M. Faett (P41609)
Attorney for Reid Stromberg, MD
Siemion Huckabay
One Towne Square, Suite 1400
Box 5068
Southfield, MI 48086-5068
(248) 357-1400
szbikowski@siemion-huckabay.com

T. Allen Francis (P66160)
Attorney for Officer Chad Smith
Fletcher Fealko Shoudy & Francis, PC
1411 Third Street, Suite F
Port Huron, MI 48060
(810) 987-8444
tfrancis@fletcherfealko.com

_____

**STIPULATION FOR PROTECTIVE ORDER REGARDING
EX PARTE MEETINGS/DISCUSSIONS WITH
PLAINTIFF, EUGENE MCCAIN'S TREATING PHYSICIANS,
MEDICAL PROVIDERS AND PHARMACISTS**

_____

It is stipulated that Defense counsel shall be permitted to hold ex parte meetings/discussions with Plaintiff, Eugene McCain's treating physicians, medical providers and pharmacists.

It is further stipulated that Defense counsel shall be required to give notice to Plaintiff, Eugene McCain's treating physicians/medical providers/pharmacists, both as to the purpose of any such ex parte meetings/discussions and to the fact that the ex parte meetings/discussions are not required.

It is further stipulated that Defense counsel shall advise Plaintiff, Eugene McCain's treating physicians/medical providers/pharmacists that they may have their own counsel present during the meetings/discussions.

It is further stipulated that Defense counsel shall advise Plaintiff, Eugene McCain's treating physicians/medical providers/pharmacists of the purpose of the meetings/discussions, as well as providing the treating physicians/medical providers/pharmacists with the case caption information.

It is further stipulated that Defense counsel need not provide notice to Plaintiff's counsel nor obtain Plaintiff's counsel's consent before Defense counsel holds meetings/discussions with Plaintiff, Eugene McCain's treating physicians/medical providers/pharmacists.

It is further stipulated that Plaintiff's counsel is not entitled to participate in Defense counsel's ex parte meetings/discussions. However, this Order shall not be

construed as limiting Plaintiff's counsel's ability to conduct ex parte meetings/discussions with Plaintiff, Eugene McCain's treating physicians/medical providers/pharmacists.

It is further stipulated that Defense counsel shall advise Plaintiff's counsel and all Co-Defense counsel, in writing, within 7 days after any such ex parte meetings/discussions take place.

It is further stipulated that Plaintiff's counsel shall advise all Defense counsel, in writing, within 7 days after Plaintiff's counsel holds any such ex parte meetings/discussions.

| Fieger, Fieger, Kenney & Harrington, PC | Giarmarco, Mullins & Horton, P.C. |
|---|---|
| By: /s/ Todd J. Weglarz (with permission)<br>    Todd J. Weglarz (P48035)<br>    Attorney for Plaintiff | By: /s/ Donald K. Warwick<br>    Donald K. Warwick (P44619)<br>    Attorney Amanda Bishop, LPN,<br>    Kimberly King, LPN and Brandi<br>    Schieman, LPN |
| Fletcher Fealko Shoudy & Francis, P.C. | |
| | Fletcher Fealko Shoudy & Francis, P.C. |
| By: /s/ Todd Shoudy (with permission)<br>    Todd Shoudy (P41895)<br>    Attorney for St. Clair County, et al. | By: /s/ T. Allen Francis (with permission)<br>    T. Allen Francis (P66160)<br>    Attorney for Officer Chad Smith |
| Siemion Huckabay | |
| By: Karen M. Faett (with permission)<br>    Karen M. Faett (P41690)<br>    Attorney for Reid Stromberg, MD | |

_____

**PROTECTIVE ORDER REGARDING
EX PARTE MEETINGS/DISCUSSIONS WITH
PLAINTIFF, EUGENE MCCAIN'S TREATING PHYSICIANS,
MEDICAL PROVIDERS AND PHARMACISTS**
_____

Pursuant to the above Stipulation,

3

It is ordered that Defense counsel shall be permitted to hold ex parte meetings/discussions with Plaintiff, Eugene McCain's treating physicians/medical providers/pharmacists.

It is further ordered that Defense counsel shall be required to give notice to Plaintiff, Eugene McCain's treating physicians/medical providers/pharmacists, both as to the purpose of any such ex parte meetings/discussions and to the fact that the ex parte meetings/discussions are not required.

It is further ordered that Defense counsel shall advise Plaintiff, Eugene McCain's treating physicians/medical providers/pharmacists that they may have their own counsel present during the meetings/discussions.

It is further ordered that Defense counsel shall advise Plaintiff, Eugene McCain's treating physicians/medical providers/pharmacists of the purpose of the meetings/discussions, as well as providing the treating physicians/medical providers/pharmacists with the case caption information.

It is further ordered that Defense counsel need not provide notice to Plaintiff's counsel nor obtain Plaintiff's counsel's consent before Defense counsel holds meetings/discussions Plaintiff, Eugene McCain's treating physicians/medical records/pharmacists.

It is further ordered that Plaintiff's counsel is not entitled to participate in Defense counsel's ex parte meetings/discussions. However, this Order shall not be construed as limiting Plaintiff's counsel's ability to conduct ex parte meetings/discussions with Plaintiff, Eugene McCain's treating physicians/medical providers/pharmacists.

It is further ordered that Defense counsel shall advise Plaintiff's counsel and all Co-Defense counsel, in writing, within 7 days after any such ex parte meetings/discussions take place.

It is further ordered that Plaintiff's counsel shall advise all Defense counsel, in writing, within 7 days after Plaintiff's counsel holds any such ex parte meetings/discussions.

s/Robert H. Cleland<br>United States District Court Judge

Dated:   July 27, 2016