UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENE MCCAIN

    Plaintiff,

vs.

Case No: 2:16-cv-10112
Hon. Robert H. Cleland
Magistrate Mona Majzoub

ST. CLAIR COUNTY, Lt. PETER BIONDO,
Captain BLISS, Deputy D. FLEMING, Deputy
KACAFIREK, Deputy KAMINSKY, Sgt. LABEAU,
Deputy LEMBAS, Deputy METHANY, Sgt. OLEJNIK,
Deputy B. ROGERS, Deputy SCHMIDT, Deputy
S. WALKER, Sgt. WITKOWSKI, Deputy
M. ZUEHLKE, AMANDA BISHOP, LPN,
KIMBERLY KING, LPN, BRANDI SCHIEMAN, LPN,
REID STROMBERG, MD and Officer CHAD SMITH,
Jointly and Severally,

    Defendants.
_____

| | |
|---|---|
| TODD J. WEGLARZ (P48035) | DONALD K. WARWICK (P44619) |
| GEOFFREY N. FIEGER (P30441) | Attorney for Amanda Bishop, LPN, |
| Attorneys for Plaintiff | Kimberly King, LPN and Brandi |
| Fieger Law | Schieman, LPN |
| 19390 W. Ten Mile Road | Giarmarco, Mullins & Horton, PC |
| Southfield, Michigan 48075 | Tenth Floor, Columbia Center |
| (248) 355-5555 | 101 W. Big Beaver Road |
| tweglarz@fiegerlaw.com | Troy, Michigan 48084 |
| | (248) 457-7072 |
| | dwarwick@gmhlaw.com |

1

| | |
|---|---|
| TODD J. SHOUDY  (P41895)<br>Attorney for St. Clair County, Lt. Peter Biondo, Captain Bliss, Dep. D. Fleming, Dep. Kacafirek, Dep. Kaminsky, Sgt. LaBeau, Dep. Lembas, Dep. Methany, Sgt. Olejnik, Dep. B. Rogers, Dep. Schmidt, Dep. S. Walker, Sgt. Witkowski, Dep. M. Zuehlke<br>Fletcher Fealko Shoudy & Francis, P.C.<br>1411 Third Street, 4th Floor, Suite F<br>Port Huron, Michigan  48060<br>(810) 987-8444<br>tshoudy@fletcherfealko.com | KAREN M. FAETT  (P41690)<br>Attorney for Reid Stromberg, MD<br>Siemion Huckabay<br>One Towne Square, Suite 1400<br>Box 5068<br>Southfield, Michigan  48086-5068<br>(248) 357-1400<br>kfaett@siemion-huckabay.com<br><br>T. ALLEN FRANCIS  (P66160)<br>Attorney for Officer Chad Smith<br>1411 Third Street, Suite F<br>Port Huron, Michigan  48060<br>(810) 987-8444<br>tfrancis@fletcherfealko.com |

_____

## **STIPULATED PROTECTIVE ORDER**

At a session of said Court, held in the United States District Court, Eastern District of Michigan, on the 22nd  day of August, 2016.

PRESENT:  HONORABLE ROBERT H. CLELAND
                    United States District Court Judge

Pursuant to the stipulation of the parties, the following is **ORDERED**:

1.     The defendants may delete or redact from all documents and information relating to the personnel files of the individually named defendants that are disclosed during discovery in this matter the following items: the social security numbers, addresses, and telephone numbers of individual employees; their medical conditions or psychological assessments, if any; the names of their immediate family members; and the names and addresses of any persons named as personal references.

2

2. The documents and information constituting the personnel files of the individually named defendants shall not be disclosed by a party or his or her counsel except solely for the purpose of this litigation and then only to the parties' retained experts, employees, court reporters, the court presiding over this matter, mediators assigned to the case and the parties themselves.

3. The disclosing party shall designate all such documents and information as "Confidential — Subject to Protective Order," and every person to whom any disclosure of such confidential documents or information is made shall be advised of the terms of this Protective Order and shall be bound by it.

4. Except as permitted by an order of this Court, no person shall, for any other purpose except prosecution or defense of this case, make use of any information so designated as confidential.

5. After entry of a final order or judgment in this case from which no party may seek timely judicial review, all copies of all documents containing information designed as confidential under this Protective Order shall be delivered forthwith to the attorney for the party designating such information as confidential but only upon request by said attorney. Otherwise, the documents will be maintained in the ordinary course and this Order will remain in effect.

6. This Stipulated Protective Order is without prejudice to the right of any party to seek relief from the Court upon good cause shown from any of the restrictions above.

7. This order does not authorize the filing of any documents under seal. Documents may be sealed only if authorized by statute, rule, or order of the Court. A party seeking to file under seal any paper or other matter in any civil case pursuant to this section shall file and serve a motion that sets forth (i) the authority for sealing; (ii) an identification and description of each item proposed for sealing; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is not available or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a memorandum of legal authority supporting the seal. *See* Local Rule 5.3. The movant shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section. Whenever a motion to seal is filed, the movant shall submit a proposed order which states the particular reason the seal is required. The proposed order shall be submitted to the judge to whom the case is assigned or to the magistrate judge to whom the matter is referred, via the link

located under the "Utilities" section of CM/ECF. If a motion to seal is granted, the documents to be filed under seal shall be filed electronically by the movant.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  United States District Judge

Stipulated and Approved for Entry:

| /s/ Todd J. Weglarz (with consent)<br>TODD J. WEGLARZ (P48035)<br>Attorney for Plaintiff | /s/ Donald K. Warwick (with consent)<br>DONALD K. WARWICK (P44619)<br>Attorney for Amanda Bishop, LPN, Kimberly King, LPN and Brandi Schieman, LPN |
|---|---|
| /s/ Todd J. Shoudy<br>TODD J. SHOUDY (P41895)<br>Attorney for St. Clair County, Lt. Peter Biondo, Captain Bliss, Dep. D. Fleming, Dep. Kacafirek, Dep. Kaminsky, Sgt. LaBeau, Dep. Lembas, Dep. Methany, Sgt. Olejnik, Dep. B. Rogers, Dep. Schmidt, Dep. S. Walker, Sgt. Witkowski, Dep. M. Zuehlke | /s/ Karen M. Faett (with consent)<br>KAREN M. FAETT (P41609)<br>Attorney for Reid Stromberg, M.D.<br><br>/s/ T. Allen Francis (with consent)<br>T. ALLEN FRANCIS (P66160)<br>Attorney for Officer Chad Smith |

5