UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENE MCCAIN,

    Plaintiff,

v.                                            Case No. 16-10112

ST. CLAIR COUNTY, et al.,

    Defendants.
                                                /

JUDGMENT

In accordance with the court's "Opinion and Order Granting Motions for Summary Judgment" (Dkt. # 81) dated July 27, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Olejnik, Kaminski, Methany, Kacafirek, Rogers, Amanda Bishop, Brandy Scheimen, D Fleming, and Kimberly King, and against Plaintiff Eugene McCain. Dated at Port Huron, Michigan, this 27th day of July, 2017.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT


                                                  BY: s/Lisa Wagner
                                                  Lisa Wagner, Deputy Clerk
                                                  and Case Manager to
                                                  Judge Robert H. Cleland